# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **YVES JEAN BAPTISTE** | **:** | **DOCKET NO. 2:06-cv-492**<br>**Section P** |
| **VS.** | **:** | **JUDGE TRIMBLE** |
| **ALBERTO GONZALES, ET AL.** | **:** | **MAGISTRATE JUDGE WILSON** |

### MEMORANDUM ORDER

Currently before the court is a "Consent Motion" [doc. 7] filed on behalf of the petitioner and the respondents. By this motion, the parties represent to the court that they have agreed that if the petitioner is not removed from the United States within 60 days, he will be released from custody to an Order of Supervision. The parties seek to have the court enter a judgment which reflects this agreement and closes this case.

In light of the representations made in this motion,

IT IS ORDERED that the evidentiary hearing in this matter set for June 20, 2006 be UPSET and that the writ of *habeas corpus ad testificandum* be RECALLED.

THE CLERK OF COURT IS DIRECTED to cancel the court reporter and to inform the U.S. Marshal Service that the evidentiary hearing in the matter has been upset.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13th day of June, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE